**Form 235**

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

35 − 19, 26  
vson

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No.: 19−10433−TPA |
| | : | |
| | : | Chapter: 13 |
| | : | Issued per the December 3, 2019 Proceeding |
| **Mary J. Harter** | | |
| Debtor(s) | | |

**ORDER OF COURT CONFIRMING PLAN**  
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* **PLAN CONFIRMATION:**

IT IS HEREBY ORDERED that the Plan dated April 23, 2019 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: December 6, 2019
cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                               Case No. 19-10433-TPA
Mary J. Harter                                                       Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson                 Page 1 of 2          Date Rcvd: Dec 06, 2019
                              Form ID: 235               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db            +Mary J. Harter,    PO Box 69,    Waterford, PA 16441-0069
15042247       Best Buy/cbna,    PO Box 9001007,    Louisville, KY 40290-1007
15083315      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15042250      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
15042251      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
15042274      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
               Cedar Rapids, IA 52409)
15042272      +Target,   Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
15042271      +Target,   Po Box 673,    Minneapolis, MN 55440-0673
15042273      +Toyota Financial Services,    Po Box 9786,    Cedar Rapids, IA 52409-0004
15055508      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
15042275      +UPMC,    c/o Receivables Outsourcing, LLC,    PO Box 549,    Lutherville Timonium, MD 21094-0549
15077222       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2019 02:38:02
               PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2019 02:39:21
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15042249      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2019 02:37:58      Capital One / Furnit,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15042248      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2019 02:38:35      Capital One / Furnit,
               Po Box 30253,    Salt Lake City, UT 84130-0253
15042253      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 02:40:13      Comenity Bank/Peebles,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15042252      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 02:40:13      Comenity Bank/Peebles,
               Po Box 182789,    Columbus, OH 43218-2789
15042255      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 02:40:13
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15042254      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 02:40:13
               Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
15042257      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 02:40:13      ComenityCapital/Boscov,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
15042256      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2019 02:40:14      ComenityCapital/Boscov,
               Po Box 182120,    Columbus, OH 43218-2120
15042258       E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:37:52      Dicks Sporting Goods,
               c/o Synchrony Bank,    PO Box 530916,    Atlanta, GA 30353-0916
15042259      +E-mail/Text: bankruptcy@huntington.com Dec 07 2019 02:40:31      Huntington,    Po Box 1558,
               Columbus, OH 43216-1558
15042260      +E-mail/Text: bankruptcy@huntington.com Dec 07 2019 02:40:31      Huntington,    Attn: Bankruptcy,
               3 Cascade Plaza,    Akron, OH 44308-1124
15055886       E-mail/PDF: cbp@onemainfinancial.com Dec 07 2019 02:39:03      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
15042262      +E-mail/PDF: cbp@onemainfinancial.com Dec 07 2019 02:38:26      OneMain Financial,
               Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
15042261      +E-mail/PDF: cbp@onemainfinancial.com Dec 07 2019 02:37:48      OneMain Financial,    Po Box 1010,
               Evansville, IN 47706-1010
15156605       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2019 02:38:38
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
15082279       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2019 02:50:09
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15082519       E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2019 02:40:18
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
15043399      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:37:52      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15042264      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:37:56      Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
15042263      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:39:08      Synchrony Bank/ JC Penneys,
               Po Box 965007,    Orlando, FL 32896-5007
15042266      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:39:10      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15042265      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:39:08      Synchrony Bank/Care Credit,
               P.o. Box 965005,    Orlando, FL 32896-5005
15042268      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:39:08      Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15042267      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:37:52      Synchrony Bank/Lowes,
               Po Box 956005,    Orlando, FL 32896-0001
15042270      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:39:09      Synchrony Bank/Walmart,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15042269      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2019 02:38:31      Synchrony Bank/Walmart,
               Po Box 965024,    Orlando, FL 32896-5024
```

```
District/off: 0315-1          User: vson              Page 2 of 2             Date Rcvd: Dec 06, 2019
                              Form ID: 235            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15049585         +E-mail/Text: bankruptcy@huntington.com Dec 07 2019 02:40:31      The Huntington National Bank,
                  PO BOX 89424,    Cleveland, OH 44101-6424
                                                                                             TOTAL: 29

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Toyota Motor Credit Corporation
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Mary J. Harter julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```