IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary J. Harter, | ) | Case No. 19-10433 CMB |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | Document No. |
| | ) | |
| | ) | |
| Mary J. Harter, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

PO Box 69
Waterford, PA 16441

New Address:

1035 Old State Road
Waterford, PA 16441

    Respectfully submitted,

June 28, 2023      /s/ Christopher M. Frye
DATE      Christopher M. Frye, Esquire
     Attorney for the Debtor(s)
     STEIDL & STEINBERG
     Suite 2830 – Gulf Tower
     707 Grant Street
     Pittsburgh, PA  15219
     (412) 391-8000
     chris.frye@steidl-steinberg.com
     PA I.D. No. 208402