IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary J. Harter, | ) | Case No. 19-10433 JCM |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| Mary J. Harter, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 3, 2019 at docket number 34, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                Respectfully submitted,

July 26, 2023                                   /s/ Christopher M. Frye
DATE                                                 Christopher M. Frye, Esquire
                                                       Attorney for the Debtor(s)
                                                       STEIDL & STEINBERG
                                                       Suite 2830 – Gulf Tower
                                                       707 Grant Street
                                                       Pittsburgh, PA  15219
                                                       (412) 391-8000
                                                       chris.frye@steidl-steinberg.com
                                                       PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**