Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mary J. Harter** : | Case No. 19−10433−JCM |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 48 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 9/26/23 at 03:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 26th of July, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 48 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before September 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **September 26, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-10433-JCM
Mary J. Harter Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3
Date Rcvd: Jul 26, 2023 Form ID: 300b Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary J. Harter, 1035 Old State Road, Waterford, PA 16441-3819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 08:56:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:30 | Best Buy/cbna, PO Box 9001007, Louisville, KY 40290-1007 |
| 15042248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:26 | Capital One / Furnit, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15042249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:36 | Capital One / Furnit, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15083315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:38 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15042251 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:31 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15042250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:31 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042253 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15042254 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15042255 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15042257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15042258 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:36 | Dicks Sporting Goods, c/o Synchrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 15042259 | + | Email/Text: bankruptcy@huntington.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 27 2023 08:28:00 | Huntington, Po Box 1558, Columbus, OH 43216-1558 |
| 15042260 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2023 08:28:00 | Huntington, Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 15055886 | | Email/PDF: cbp@omf.com | Jul 27 2023 08:56:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15042262 | + | Email/PDF: cbp@omf.com | Jul 27 2023 08:56:25 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15042261 | + | Email/PDF: cbp@omf.com | Jul 27 2023 08:56:48 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15156605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15082279 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15082519 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 08:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15043399 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042264 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:33 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15042263 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:36 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15042266 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15042265 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:48 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15042268 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042267 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:52 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15042270 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:43 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042269 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:39 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042274 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2023 08:27:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15042271 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 08:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15042272 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 08:27:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15049585 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2023 08:28:00 | The Huntington National Bank, PO BOX 89424, Cleveland, OH 44101-6424 |
| 15042273 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2023 08:27:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15055508 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2023 08:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15170207 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 08:56:32 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042275 | + | Email/Text: info@bolderhealthcare.com | Jul 27 2023 08:27:00 | UPMC, c/o Receivables Outsourcing, LLC, PO Box 549, Lutherville Timonium, MD 21094-0549 |

| 15077222 | Email/Text: BNCnotices@dcmservices.com | | |
|---|---|---|---|
| | | Jul 27 2023 08:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 15201613 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Mary J. Harter chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4