**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARY J. HARTER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:19-10433 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/29/2019 and confirmed on 7/31/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 7,350.00 |
| Less Refunds to Debtor | 142.94 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 7,207.06 |
| Administrative Fees | | | |
|    Filing Fee | 0.00 | | |
|    Notice Fee | 0.00 | | |
|    Attorney Fee | 2,900.00 | | |
|    Trustee Fee | 331.35 | | |
|    Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 3,231.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4342 | | | | |
|                  \*\*\*N O N E\*\*\* | | | | |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY J. HARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY J. HARTER | 142.94 | 142.94 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,900.00 | 2,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|                  \*\*\*N O N E\*\*\* | | | | |
| **Unsecured** | | | | |
|   CITIBANK NA\*\* | 914.66 | 100.10 | 0.00 | 100.10 |
|     Acct: 1622 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,836.71 | 201.01 | 0.00 | 201.01 |
|     Acct: 5928 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 606.53 | 66.38 | 0.00 | 66.38 |
|     Acct: 2917 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3428 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6446 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 1,478.67 | 161.83 | 0.00 | 161.83 |
|     Acct: 3765 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 441.78 | 48.35 | 0.00 | 48.35 |
|     Acct: 7872 | | | | |
|   HUNTINGTON NATIONAL BANK(\*) | 1,200.60 | 131.39 | 0.00 | 131.39 |
|     Acct: 5269 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 4,820.93 | 527.60 | 0.00 | 527.60 |

19-10433                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8291 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 422.94 | 46.29 | 0.00 | 46.29 |
| Acct: 3059 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7872 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 2,392.21 | 261.80 | 0.00 | 261.80 |
| Acct: 5557 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 3,496.19 | 382.62 | 0.00 | 382.62 |
| Acct: 5061 | | | | |
|     TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0938 | | | | |
|     UPMC PHYSICIAN SERVICES | 111.02 | 12.15 | 0.00 | 12.15 |
| Acct: 7269 | | | | |
|     TOYOTA MOTOR CREDIT CORP | 18,605.50 | 2,036.19 | 0.00 | 2,036.19 |
| Acct: 4342 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3059 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,975.71 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 3,975.71 |
| TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 0.00 | |
|   UNSECURED | 36,327.74 | |

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MARY J. HARTER

        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:19-10433

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-10433-JCM
Mary J. Harter | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jul 26, 2023      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary J. Harter, 1035 Old State Road, Waterford, PA 16441-3819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 08:56:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:52 | Best Buy/cbna, PO Box 9001007, Louisville, KY 40290-1007 |
| 15042248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:33 | Capital One / Furnit, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15042249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:47 | Capital One / Furnit, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15083315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:38 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15042251 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15042250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:41 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042253 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15042254 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15042255 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15042257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 08:27:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15042258 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:26 | Dicks Sporting Goods, c/o Synchrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 15042259 | + | Email/Text: bankruptcy@huntington.com | | |

Case 19-10433-JCM    Doc 52    Filed 07/28/23    Entered 07/29/23 00:28:43    Desc Imaged
                              Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jul 27 2023 08:28:00 | Huntington, Po Box 1558, Columbus, OH 43216-1558 |
| 15042260 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2023 08:28:00 | Huntington, Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 15055886 | | Email/PDF: cbp@omf.com | Jul 27 2023 08:56:40 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15042262 | + | Email/PDF: cbp@omf.com | Jul 27 2023 08:56:39 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15042261 | + | Email/PDF: cbp@omf.com | Jul 27 2023 08:56:40 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15156605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:29 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15082279 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15082519 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 08:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15043399 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042264 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:36 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15042263 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:52 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15042266 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15042265 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:26 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15042268 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042267 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:26 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15042270 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:38 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042269 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:32 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042274 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2023 08:27:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15042271 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 08:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15042272 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 08:27:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15049585 | + | Email/Text: bankruptcy@huntington.com | Jul 27 2023 08:28:00 | The Huntington National Bank, PO BOX 89424, Cleveland, OH 44101-6424 |
| 15042273 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2023 08:27:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15055508 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2023 08:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15170207 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 08:56:38 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042275 | + | Email/Text: info@bolderhealthcare.com | Jul 27 2023 08:27:00 | UPMC, c/o Receivables Outsourcing, LLC, PO Box 549, Lutherville Timonium, MD 21094-0549 |

15077222  Email/Text: BNCnotices@dcmservices.com
                                        Jul 27 2023 08:27:00   UPMC Physician Services, PO Box 1123,
                                                               Minneapolis, MN 55440-1123

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Toyota Motor Credit Corporation |
| 15201613 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Mary J. Harter chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4