| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mary J. Harter <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7269 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–10433–JCM | |

# Order of Discharge                                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mary J. Harter

<u>9/12/23</u>                                                      **By the court:** <u>John C Melaragno</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10433-JCM
Mary J. Harter     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Sep 12, 2023     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary J. Harter, 1035 Old State Road, Waterford, PA 16441-3819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 13 2023 03:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 13 2023 03:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Sep 13 2023 03:22:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 13 2023 03:22:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042247 | | EDI: CITICORP.COM | Sep 13 2023 03:22:00 | Best Buy/cbna, PO Box 9001007, Louisville, KY 40290-1007 |
| 15042248 | + | EDI: CAPITALONE.COM | Sep 13 2023 03:22:00 | Capital One / Furnit, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15042249 | + | EDI: CAPITALONE.COM | Sep 13 2023 03:22:00 | Capital One / Furnit, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15083315 | + | EDI: CITICORP.COM | Sep 13 2023 03:22:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15042251 | + | EDI: CITICORP.COM | Sep 13 2023 03:22:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15042250 | + | EDI: CITICORP.COM | Sep 13 2023 03:22:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042253 | + | EDI: WFNNB.COM | Sep 13 2023 03:22:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042252 | + | EDI: WFNNB.COM | Sep 13 2023 03:22:00 | Comenity Bank/Peebles, Po Box 182789, |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Columbus, OH 43218-2789 |
| 15042254 | + EDI: WFNNB.COM | Sep 13 2023 03:22:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15042255 | + EDI: WFNNB.COM | Sep 13 2023 03:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042256 | + EDI: WFNNB.COM | Sep 13 2023 03:22:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15042257 | + EDI: WFNNB.COM | Sep 13 2023 03:22:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15042258 | EDI: RMSC.COM | Sep 13 2023 03:22:00 | Dicks Sporting Goods, c/o Synchrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 15042259 | + Email/Text: bankruptcy@huntington.com | Sep 12 2023 23:34:00 | Huntington, Po Box 1558, Columbus, OH 43216-1558 |
| 15042260 | + Email/Text: bankruptcy@huntington.com | Sep 12 2023 23:34:00 | Huntington, Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 15055886 | EDI: AGFINANCE.COM | Sep 13 2023 03:22:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15042262 | + EDI: AGFINANCE.COM | Sep 13 2023 03:22:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15042261 | + EDI: AGFINANCE.COM | Sep 13 2023 03:22:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15156605 | EDI: PRA.COM | Sep 13 2023 03:22:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15082279 | EDI: PRA.COM | Sep 13 2023 03:22:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15082519 | EDI: Q3G.COM | Sep 13 2023 03:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15043399 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042264 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15042263 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15042266 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15042265 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15042268 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042267 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15042270 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042269 | + EDI: RMSC.COM | Sep 13 2023 03:22:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042274 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 12 2023 23:33:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15042271 | + EDI: WTRRNBANK.COM | Sep 13 2023 03:22:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15042272 | + EDI: WTRRNBANK.COM | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 3180W | Total Noticed: 44 |

|  |  |  | Sep 13 2023 03:22:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|---|
| 15049585 | + | Email/Text: bankruptcy@huntington.com | Sep 12 2023 23:34:00 | The Huntington National Bank, PO BOX 89424, Cleveland, OH 44101-6424 |
| 15042273 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 12 2023 23:33:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15055508 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 12 2023 23:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15170207 |  | Email/PDF: bncnotices@becket-lee.com | Sep 13 2023 00:30:38 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042275 | + | Email/Text: info@bolderhealthcare.com | Sep 12 2023 23:33:00 | UPMC, c/o Receivables Outsourcing, LLC, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 15077222 |  | Email/Text: BNCnotices@dcmservices.com | Sep 12 2023 23:33:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Toyota Motor Credit Corporation |
| 15201613 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Mary J. Harter chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 12, 2023 | Form ID: 3180W | Total Noticed: 44 |

TOTAL: 4