# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARY J. HARTER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:19-10433

Chapter 13

Document No.: 48

## ORDER OF COURT

AND NOW, this ____12th____ day of ____September____, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____jlm_____
U.S. BANKRUPTCY JUDGE

SIGNED
9/12/23 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10433-JCM |
| Mary J. Harter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary J. Harter, 1035 Old State Road, Waterford, PA 16441-3819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2023 00:08:54 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 12 2023 23:54:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 00:30:46 | Best Buy/cbna, PO Box 9001007, Louisville, KY 40290-1007 |
| 15042248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 23:53:55 | Capital One / Furnit, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15042249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2023 00:31:16 | Capital One / Furnit, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15083315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 00:09:04 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15042251 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 23:55:14 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15042250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 23:55:25 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042253 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 23:34:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 23:34:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15042254 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 23:34:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15042255 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 23:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15042256 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 23:34:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15042257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 23:34:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15042258 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:54:09 | Dicks Sporting Goods, c/o Synchrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 15042259 | + | Email/Text: bankruptcy@huntington.com | | |

Case 19-10433-JCM    Doc 57    Filed 09/14/23    Entered 09/15/23 00:27:24    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15042260 | + | Email/Text: bankruptcy@huntington.com | Sep 12 2023 23:34:00 | Huntington, Po Box 1558, Columbus, OH 43216-1558 |
| | | | Sep 12 2023 23:34:00 | Huntington, Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 15055886 | | Email/PDF: cbp@omf.com | Sep 12 2023 23:54:11 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15042262 | + | Email/PDF: cbp@omf.com | Sep 12 2023 23:54:11 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15042261 | + | Email/PDF: cbp@omf.com | Sep 13 2023 00:08:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15156605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2023 23:54:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15082279 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2023 23:54:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15082519 | | Email/Text: bnc-quantum@quantum3group.com | Sep 12 2023 23:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15043399 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 00:30:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15042264 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:54:02 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15042263 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 00:31:31 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15042266 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 00:30:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15042265 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 00:31:46 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15042268 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:54:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042267 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:54:45 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15042270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:54:45 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15042269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 00:08:48 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042274 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 12 2023 23:33:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 15042271 | + | Email/Text: bncmail@w-legal.com | Sep 12 2023 23:33:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15042272 | + | Email/Text: bncmail@w-legal.com | Sep 12 2023 23:33:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15049585 | + | Email/Text: bankruptcy@huntington.com | Sep 12 2023 23:34:00 | The Huntington National Bank, PO BOX 89424, Cleveland, OH 44101-6424 |
| 15042273 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 12 2023 23:33:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15055508 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 12 2023 23:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15170207 | | Email/PDF: bncnotices@becket-lee.com | Sep 12 2023 23:53:57 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042275 | + | Email/Text: info@bolderhealthcare.com | Sep 12 2023 23:33:00 | UPMC, c/o Receivables Outsourcing, LLC, PO Box 549, Lutherville Timonium, MD 21094-0549 |

15077222  Email/Text: BNCnotices@dcmservices.com
                                                    Sep 12 2023 23:33:00    UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Toyota Motor Credit Corporation |
| 15201613 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Mary J. Harter chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4